# U.S. BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

In re: Anthony Lewis,  ) Case No. 19-10745-jps
      Heather Ryann Lewis,  )
                             ) CHAPTER 13
      Debtors.  )
                             )

## NOTICE OF AMENDED PLAN

Debtors Anthony and Heather Lewis, by and through their undersigned attorney, have filed papers with the Court amending their original Chapter 13 Plan to resolve the Chapter 13 Trustee's remaining objections.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to confirm the Second Amended Chapter 13 Plan, or if you want the Court to consider your views on the Plan, then on or before May 30, 2019, you or your attorney must:

1. File a written response, explaining your position, at:

    U.S. Bankruptcy Court, Howard M. Metzenbaum U.S. Courthouse
    201 Superior Avenue
    Cleveland, Ohio 44114-1235

If you mail your response to the Court for filing, you must mail it early enough to that the Court will **receive** it on or before the date stated above.

2. Mail a copy to:

|ARIS |111 Stow Ave Suite 200|Cuyahoga Falls, OH 44221-2560|
|Aes/pheaa |Attn: Bankruptcy|Po Box 2461|Harrisburg, PA 17105-2461|
|American Express National Bank |c/o Becket and Lee LLP|PO Box 3001|Malvern PA 19355-0701|

|Amex |Correspondence/Bankruptcy|Po Box 981540|El Paso, TX 79998-1540|
|Bank Of America |4909 Savarese Circle|Fl1-908-01-50|Tampa, FL 33634-2413|
|Bank of America, NA |Attn: Bankruptcy Dept.|400 National Way|Simi Valley, CA 93065-6414|
|Barclays Bank Delaware |125 South West Street|Wilmington, DE 19801-5014| |
|Capital One |Attn: Bankruptcy|Po Box 30285|Salt Lake City, UT 84130-0285|
|Capital One Bank (USA), N.A. |by American InfoSource as agent|PO Box 71083|Charlotte, NC 28272-1083|
|Chase Bank USA, N.A. |c/o Robertson, Anschutz & Schneid, P.L.|6409 Congress Avenue, Suite 100|Boca Raton, FL 33487-2853|
|Chase Card Services |Attn: Bankruptcy|Po Box 15298|Wilmington, DE 19850-5298|
|Citibank North America |Attn: Centralized Bankruptcy|Po Box 790034|St Louis, MO 63179-0034|
|Citibank/Sunoco |Attn: Centralized Bankruptcy|Po Box 790034|St Louis, MO 63179-0034|
|Citibank/The Home Depot |Attn: Centralized Bankruptcy|Po Box 790034|St Louis, MO 63179-0034|
|Comenity Bank / Giant Eagle |PO BOX 182273|Columbus, OH 43218-2273| |
|Credit One Bank |Attn: Bankruptcy Department|Po Box 98873|Las Vegas, NV 89193-8873|
|Crown Asset Management, LLC |3100 Breckenridge Blvd, Suite 725|Duluth, GA 30096-7605| |
|Discover Bank |Discover Products Inc|PO Box 3025|New Albany, OH 43054-3025|
|First National Bank |Attn: Bankruptcy|4140 E. State Street|Hermitage, PA 16148-3401|
|First National Bank of Pennsylvania |Jillian Nolan Snider, Tucker Arensberg,|1500 One PPG Place|Pittsburgh, PA 15222-5416|
|Freedom Road Financial |Attn: Bankruptcy Dept.|10509 Professional Circle, Ste 202|Reno, NV 89521-4884|
|Freedom Road Financial |PO BOX 4597|Oak Brook, IL 60522-4597| |
|FreedomRoad Financial c/o Wayfinder BK, LLC |PO Box 64090|Tucson, AZ 85728-4090| |
|HYUNDAI CAPITAL AMERICA DBA |KIA MOTORS FINANCE|PO BOX 20825|FOUNTAIN VALLEY, CA 92728-0825|
|Honor Finance |909 Davis Street|Suite 260|Evanston, IL 60201-3645|
|Honor Finance Company C/O Westlake Portfolio|4751 Wilshire Blvd, Suite 100|Los Angeles, CA 90010-3847|
|Jordan Lewis |5686 Broadview Road|#2523|Cleveland, OH 44134-1647|
|Kia Motors Finance Co |Po Box 20825|Fountain Valley, CA 92728-0825|
|Kohls/ Capone |PO Box 3043|Milwaukee, WI 53201-3043|
|LVNV Funding, LLC |Resurgent Capital Services|PO Box 10587|Greenville, SC 29603-0587|
|LVNV Funding/Resurgent Capital |Attn: Bankruptcy|Po Box 10497|Greenville, SC 29603-0497|
|NOMS HEALTHCARE|P O BOX 378|SANDUSKY OH 44871-0378preferred
|Navient |Attn: Bankruptcy|Po Box 9000|Wiles-Barr, PA 18773-9000|
|PHEAA |PO Box 8147|Harrisburg, PA 17105-8147| |

|PRA Receivables Management, LLC |PO Box 41021|Norfolk, VA 23541-1021|
|Phillips & Cohen Associates, Ltd. |Mail Stop: 658|1002 Justison Street|Wilmington, DE 19801-5148|
|Premier Physicians |36711 American Way, Suite A|Avon, OH 44011-4061|
|Quantum3 Group LLC as agent for |CF Medical LLC|PO Box 788|Kirkland, WA 98083-0788|
|Ridgepark Medical Associates |30575 Euclid Avenue|Wickliffe, OH 44092-1037|
|Sofi Lending Corp |Attn: Bankruptcy|375 Healdsburg Avenue Suite 280|Healdsburg, CA 95448-4151|
|Southwest General |PO Box 13620|Richmond, VA 23225-8620|
|Southwest General Health Center |Resurgent Capital Services|PO Box 1927|Greenville, SC 29602-1927|
|Sunoco |PO Box 6407|Souix Falls, SD 57117-6407|
|Synchrony Bank |P.O. Box 960061|Orlando, FL 32896-0061|
|Anthony and Heather Lewis |8019 Essen Avenue|Parma, OH 44129-3132|
|David M. Benson |David M. Benson LLC|1422 Euclid Avenue #970|Cleveland, OH 44115-2011|
|Lauren A. Helbling |200 Public Square Suite 3860|Cleveland, OH 44114-2322|

If you or your attorney does not take these steps, the Court may decide that you do not oppose the amended Plan and may confirm it without a hearing.

/s/ David M. Benson
David M. Benson (0062540)
1422 Euclid Avenue, Suite 970
Cleveland, OH 44115
(216) 241-2510
(815) 301-8833 (fax)
David@DavidBensonLaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on April 29, 2019, a copy of the foregoing was sent to:

**By electronic service**

- Lauren Helbling |Chapter 13 Trustee|BP Tower|200 Public Square, Suite 3860|Cleveland, OH 44114-2321
    - United States Trustee    (Registered address)@usdoj.gov

**By regular United States Mail**

|ARIS |111 Stow Ave Suite 200|Cuyahoga Falls, OH 44221-2560|
|Aes/pheaa |Attn: Bankruptcy|Po Box 2461|Harrisburg, PA 17105-2461|

|American Express National Bank |c/o Becket and Lee LLP|PO Box 3001|Malvern PA 19355-0701|
|Amex |Correspondence/Bankruptcy|Po Box 981540|El Paso, TX 79998-1540|
|Bank Of America |4909 Savarese Circle|Fl1-908-01-50|Tampa, FL 33634-2413|
|Bank of America, NA |Attn: Bankruptcy Dept.|400 National Way|Simi Valley, CA 93065-6414|
|Barclays Bank Delaware |125 South West Street|Wilmington, DE 19801-5014| |
|Capital One |Attn: Bankruptcy|Po Box 30285|Salt Lake City, UT 84130-0285|
|Capital One Bank (USA), N.A. |by American InfoSource as agent|PO Box 71083|Charlotte, NC 28272-1083|
|Chase Bank USA, N.A. |c/o Robertson, Anschutz & Schneid, P.L.|6409 Congress Avenue, Suite 100|Boca Raton, FL 33487-2853|
|Chase Card Services |Attn: Bankruptcy|Po Box 15298|Wilmington, DE 19850-5298|
|Citibank North America |Attn: Centralized Bankruptcy|Po Box 790034|St Louis, MO 63179-0034|
|Citibank/Sunoco |Attn: Centralized Bankruptcy|Po Box 790034|St Louis, MO 63179-0034|
|Citibank/The Home Depot |Attn: Centralized Bankruptcy|Po Box 790034|St Louis, MO 63179-0034|
|Comenity Bank / Giant Eagle |PO BOX 182273|Columbus, OH 43218-2273| |
|Credit One Bank |Attn: Bankruptcy Department|Po Box 98873|Las Vegas, NV 89193-8873|
|Crown Asset Management, LLC |3100 Breckenridge Blvd, Suite 725|Duluth, GA 30096-7605| |
|Discover Bank |Discover Products Inc|PO Box 3025|New Albany, OH 43054-3025|
|First National Bank |Attn: Bankruptcy|4140 E. State Street|Hermitage, PA 16148-3401|
|First National Bank of Pennsylvania |Jillian Nolan Snider, Tucker Arensberg,|1500 One PPG Place|Pittsburgh, PA 15222-5416|
|Freedom Road Financial |Attn: Bankruptcy Dept.|10509 Professional Circle, Ste 202|Reno, NV 89521-4884|
|Freedom Road Financial |PO BOX 4597|Oak Brook, IL 60522-4597| |
|FreedomRoad Financial c/o Wayfinder BK, LLC |PO Box 64090|Tucson, AZ 85728-4090| |
|HYUNDAI CAPITAL AMERICA DBA |KIA MOTORS FINANCE|PO BOX 20825|FOUNTAIN VALLEY, CA 92728-0825|
|Honor Finance |909 Davis Street|Suite 260|Evanston, IL 60201-3645|
|Honor Finance Company C/O Westlake Portfolio|4751 Wilshire Blvd, Suite 100|Los Angeles, CA 90010-3847|
|Jordan Lewis |5686 Broadview Road|#2523|Cleveland, OH 44134-1647|
|Kia Motors Finance Co |Po Box 20825|Fountain Valley, CA 92728-0825|
|Kohls/ Capone |PO Box 3043|Milwaukee, WI 53201-3043|
|LVNV Funding, LLC |Resurgent Capital Services|PO Box 10587|Greenville, SC 29603-0587|
|LVNV Funding/Resurgent Capital |Attn: Bankruptcy|Po Box 10497|Greenville, SC 29603-0497|
|NOMS HEALTHCARE|P O BOX 378|SANDUSKY OH 44871-0378preferred

|Navient |Attn: Bankruptcy|Po Box 9000|Wiles-Barr, PA 18773-9000|
|PHEAA |PO Box 8147|Harrisburg, PA 17105-8147| |
|PRA Receivables Management, LLC |PO Box 41021|Norfolk, VA 23541-1021|
|Phillips & Cohen Associates, Ltd. |Mail Stop: 658|1002 Justison Street|Wilmington, DE 19801-5148|
|Premier Physicians |36711 American Way, Suite A|Avon, OH 44011-4061|
|Quantum3 Group LLC as agent for |CF Medical LLC|PO Box 788|Kirkland, WA 98083-0788|
|Ridgepark Medical Associates |30575 Euclid Avenue|Wickliffe, OH 44092-1037|
|Sofi Lending Corp |Attn: Bankruptcy|375 Healdsburg Avenue Suite 280|Healdsburg, CA 95448-4151|
|Southwest General |PO Box 13620|Richmond, VA 23225-8620|
|Southwest General Health Center |Resurgent Capital Services|PO Box 1927|Greenville, SC 29602-1927|
|Sunoco |PO Box 6407|Souix Falls, SD 57117-6407|
|Synchrony Bank |P.O. Box 960061|Orlando, FL 32896-0061|
|Anthony and Heather Lewis |8019 Essen Avenue|Parma, OH 44129-3132

/s/ David M. Benson
David M. Benson (0062540)