```
United States Bankruptcy Court
    Northern District of Ohio
```

In re:                                                          Case No. 19-10745-jps
Anthony Lewis                                                   Chapter 13
Heather Ryann Lewis
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0647-1         User: mgaug           Page 1 of 1              Date Rcvd: May 02, 2019
                             Form ID: 187          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 04, 2019.
db/db         +Anthony Lewis,    Heather Ryann Lewis,    8019 Essen Avenue,    Parma, OH 44129-3132

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 02 2019 22:46:04
               PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                                TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 2, 2019 at the address(es) listed below:
              David M. Benson    on behalf of Debtor Heather Ryann Lewis David@DavidBensonLaw.com,
               dmbenson25@hotmail.com;gaye@davidbensonlaw.com;r64853@notify.bestcase.com
              David M. Benson    on behalf of Debtor Anthony   Lewis David@DavidBensonLaw.com,
               dmbenson25@hotmail.com;gaye@davidbensonlaw.com;r64853@notify.bestcase.com
              Lauren A. Helbling    ch13trustee@ch13cleve.com,   lhelbling13@ecf.epiqsystems.com
                                                                                                TOTAL: 3

Northern District Of Ohio
United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114−1235

**Case No. 19−10745−jps**

**In re:**

| | |
|---|---|
| Anthony Lewis<br>8019 Essen Avenue<br>Parma, OH 44129 | Heather Ryann Lewis<br>**Aka** −Heather Ryann Labrum<br>8019 Essen Avenue<br>Parma, OH 44129 |

**Social Security No.:**

xxx−xx−1410                                                                                  xxx−xx−7826

**NOTICE OF HEARING**

**To the Creditors and Parties in Interest:**

Notice is hereby given that a hearing in the above case will be held at the U.S. Bankruptcy court on:

**Date/Time/Location of Hearing**
June 6, 2019 at 9:30am
201 Superior Ave, HMM US Courthouse Courtroom 2B, Cleveland, OH 44114
Before Judge Jessica Price Smith

To consider and act upon the following matters:

24 Amended Chapter 13 Plan Filed by Anthony Lewis, Heather Ryann Lewis

**Dated:** May 2, 2019                                                                        For the Court
Form ohnb187                                                                             Teresa D. Underwood, Clerk